## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 14 WM 2017 |
|---|---|---|
| Respondent | : | |
| v. | : | |
| JEROME CARLTON WOODS, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.